Date signed March 15, 2010



_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  09–33661 – RAG   Chapter:  7

Laura Neta Charron
6917 Holabird Avenue
Dundalk, MD 21222

Creditor – Sterling, Inc. d/b/a Shaw's Jewelers

Reaffirmation – 14

## DETERMINATION OF NO UNDUE HARDSHIP
## BY REBUTTAL IN WRITING OF PRESUMPTION

Upon review of the above identified Reaffirmation Agreement and the court finding that no hearing is necessary for this determination, it is by the United States Bankruptcy Court for the District of Maryland,

Determined that the presumption of undue hardship has been rebutted by the debtor's written statement.

cc:   Debtor(s)
      Attorney for Debtor(s) – Rob M. Goldman
      Chapter 7 Trustee – Charles R. Goldstein
      Creditor – Sterling, Inc.

**34.6** – *mrybczynski*

## End of Order